| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>ARTERTON, JANET B. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>04/17/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>ARTICLE III JUDGE/ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination        Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>U.S. DISTRICT COURT<br>141 CHURCH STREET<br>NEW HAVEN, CT 06510 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Committee of the Proprietors of the Common and Undivided Lands in the Town of New Haven |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 05/13/95 | Garrison, Levin-Epstein, Richardson, Fitzgerald & Pirrotti, P.C.: Profit Sharing Plan/401k Plan. (No control.) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 04/17/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Salary-George Washington University |
| 2. | 2012 | Royalties-Rowman and Littlefield Publishers |
| 3. | 2012 | Honoraria: University of Navarra, Spain ($2,373 and $2,399) |
| 4. | 2012 | Honoraria: American University, Cairo Egypt ($2,000) |
| 5. | 2012 | Honoraria: Technology and Development d/b/a US-China Business Economy ($375) |
| 6. | 2012 | Honoraria: NHK-TV Japan ($250) |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 04/17/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 04/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Janus Overseas Fund (formerly Janus Global and Int'l) | A | Dividend | M | T | | | | | |
| 2. Wells Fargo Adv. Opp. Fund (Formerly Strong Opp. Fund) | A | Dividend | M | T | Buy (add'l) | 03/15/12 | M | | |
| 3. Third Avenue Value Fund | A | Dividend | L | T | Buy (add'l) | 03/15/12 | M | | |
| 4. Vanguard Muni Bond Fund (Money Market Account) | B | Dividend | K | T | | | | | |
| 5. Garrison, et al Profit Sharing Plan/401k: American Funds | A | Dividend | O | T | | | | | |
| 6. Vanguard Windsor Fund | A | Dividend | M | T | Buy (add'l) | 03/15/12 | L | | |
| 7. TIAA/CREF Growth Fund | A | Dividend | J | T | Buy | 03/16/12 | J | | |
| 8. Excelsior (formerly Columbia Value & Restructuring) | A | Dividend | M | T | Buy (add'l) | 03/15/12 | L | | |
| 9. Vanguard Morgan Growth Fund | A | Dividend | M | T | Buy (add'l) | 03/15/12 | M | | |
| 10. Vanguard Capital Growth | A | Dividend | L | T | Buy (add'l) | 03/15/12 | L | | |
| 11. People's Bank (CD) | A | Interest | J | T | | | | | |
| 12. People's Bank (CD) | A | Interest | J | T | | | | | |
| 13. Vanguard Mid Cap Index | A | Dividend | L | T | Buy (add'l) | 03/15/12 | L | | |
| 14. Vanguard Small Company Growth | A | Dividend | L | T | Buy (add'l) | 03/15/12 | L | | |
| 15. Vanguard International Value Fund | A | Dividend | M | T | Buy (add'l) | 03/15/12 | L | | |
| 16. CT Higher Ed Trust | A | Dividend | K | T | Buy (add'l) | 03/15/12 | J | | |
| 17. Interterm Tax Exempt Fund (formerly Vanguard Muni Bond Fund) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Small Cap Growth IDX Admiral | A | Dividend | L | T | Buy | 03/15/12 | K | | |
| 19. Vanguard International | A | Dividend | L | T | Buy (add'l) | 03/15/12 | L | | |
| 20. Vanguard Institutional Index | A | Dividend | L | T | Buy (add'l) | 03/15/12 | L | | |
| 21. Vanguard Prime Money Market Fund | A | Dividend | J | T | Sold (part) | 03/15/12 | N | | |
| 22. CREF Money Market | A | Dividend | J | T | Sold (part) | 03/16/12 | M | | |
| 23. Columbia Value and Restructuring | A | Dividend | M | T | Buy | 03/15/12 | J | | |
| 24. Fidelity Retirement Money Market | A | Dividend | J | T | Sold (part) | 03/15/12 | O | | |
| 25. CREF Stock Portfolio | A | Dividend | K | T | Buy | 03/16/12 | K | | |
| 26. CREF Equity Index | A | Dividend | K | T | Buy | 03/16/12 | K | | |
| 27. CREF Bond Market | A | Dividend | K | T | Buy | 03/16/12 | K | | |
| 28. TIAA/CREF Social Choice | A | Dividend | K | T | Buy | 03/16/12 | K | | |
| 29. Vanguard Annuity Money Market | A | Interest | J | T | Buy | 03/15/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.   Paragraph 5:  Garrison, Levin-Epstein, Richardson, Fitzgerald & Pirrotti, P.C. and 401k Morgan Stanley Smith Barney:  The filer has no authority or control to select the funds within this plan, therefore the funds listed in the 2008 report are being deleted from this and future reports.

VII Line 16: Bought monthly, less than $1,000 each month.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JANET B. ARTERTON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544